**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA LEE DAVIS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., THE PNC FINANCIAL SERVICES GROUP, INC.,<br><br>　　　　　　Defendants. | Case No. 2:22-cv-05819-SPG-AS<br><br>**JUDGMENT** |

　　　　On March 25, 2024, the Court granted Defendant PNC Bank, N.A.'s ("PNC") motion for summary judgment as to all of Plaintiffs Jessica Lee and Corey Dell Davis's (together, the "Plaintiffs") causes of actions and denied PNC's motion for summary judgment as to PNC's counterclaims against Plaintiffs. (ECF No. 105). Plaintiffs previously voluntarily dismissed their claims against Defendants Trans Union, LLC, (ECF No. 92); Equifax Information Services, LLC, (ECF No. 50); Experian Information Solutions, Inc., (ECF No. 88).

　　　　Accordingly, IT IS HEREBY ORDERED AND ADJUDGED that Judgment shall be entered in favor of PNC and against Plaintiffs on each and every claim and cause of

action Plaintiffs allege against PNC in this action, and Plaintiffs' Complaints shall be dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: April 23, 2024



HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE