1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JESSICA LEE DAVIS; and COREY DELL DAVIS,

Plaintiffs,

v.

TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and PNC BANK, N.A.,

Defendants.

Case No. 2:22-cv-05819-SPG-AS

**JUDGMENT**

This matter came before the Court on Defendant PNC Bank, N.A.'s ("PNC") Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment (ECF No. 99 ("Motion")). Having reviewed the Motion, supporting evidence, and all related filings, and for the reasons discussed more fully in the Court's Order Granting Defendant's Motion for Summary Judgment (ECF No. 139),

**IT IS ORDERED** that **JUDGMENT** is hereby entered in favor of PNC and against Plaintiffs Jessica Lee Davis and Corey Dell Davis on each and every claim and cause of action alleged against PNC in this action.

-1-

1    **IT IS FURTHER ORDERED** that PNC's counterclaims against Plaintiffs for

2  breach of contract are hereby dismissed.

3

4    **IT IS SO ORDERED.**

5

6  DATED:  July 24, 2025

7                                                      _____
                                                       HON. SHERILYN PEACE GARNETT

8                                                      UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28